No. 73–6016. BREMER v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 73–6019. WAIT v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 73–6028. MINOVICH v. MARYLAND. Ct. Sp. App. Md. Certiorari denied.

No. 73–6029. LOTT v. OKLAHOMA ET AL. C. A. 10th Cir. Certiorari denied.

No. 73–6053. MIRSKY v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 73–6071. DAWN, DBA GAME CO. v. STERLING DRUG, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 73–6091. FALKNER ET UX. v. CULLEN, JUDGE, ET AL. C. A. 5th Cir. Certiorari denied.

No. 73–6101. HANCOCK v. ROSE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 73–233. SLAYTON, PENITENTIARY SUPERINTEND-ENT v. SPELLER. C. A. 4th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 73–901. HENDERSON, WARDEN v. HALE. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.